| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
|   | Federal Defender |
| 2 | JEFFREY L. STANIELS, Bar #91413 |
|   | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
|   | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
|   | Telephone: (916) 498-5700 |

**FILED**

FEB 2 3 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

Attorney for Defendant
JAIME QUINTERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   No. 2:91-0371-05 EJG
                                    )
            Plaintiff,              )
                                    )
     v.                             )   ORDER
                                    )
JAIME QUINTERO,                     )
                                    )
            Defendant.              )
                                    )
_____)

Upon consideration of the above motion and review of the original petition and warrant issued on October 30, 2001, in the above case, the court finds that the warrant was not supported by Oath or Affirmation as required by the decision in <u>United States v. Vargas, Amaya</u>, 389 F.3d 901 (9th Cir. 2004). Therefore the Defendant's Motion to Dismiss is GRANTED and the defendant ordered released forthwith.

**IT IS SO ORDERED.**

By the Court,

Dated: February 23, 2007

_____
Hon. Edward J. Garcia
Senior United States District Judge

Motion to Dismiss Proceedings
for lack of jurisdiction                -4-